Philip M. ANDERSON, Petitioner v. Randall HAMES, Byron Hames, and Gilbert Hames, Respondents.

(404 S.E. (2d) 514)

Supreme Court

## May 28, 1991.

## ORDER

It appearing to the satisfaction of the Court that the above entitled case has been fully and finally settled by agreement between the parties,

IT IS ORDERED that the above captioned appeal be and hereby is dismissed.